**Opinion issued July 19, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

**NO. 01-13-00603-CV**

———————————

**IN RE D. PATRICK SMITHERMAN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

In this original proceeding, relator D. Patrick Smitherman seeks mandamus review of the interlocutory judgment of professional misconduct notwithstanding the verdict.[1] We deny the petition for writ of mandamus.

**PER CURIAM**

---

[1] The underlying proceeding is case No. 2010-10256, in the 129th District Court of Harris County, the Honorable Richard A. Beacom, Jr., presiding.

Panel consists of Justices Jennings, Brown, and Huddle.